IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-00037 |
| v. | ) | KEVIN H. SHARP |
| | ) | Judge, U.S. District Court |
| | ) | |
| MATTHEW BLAIR SCURLOCK | ) | |

## MATTHEW BLAIR SCURLOCK'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

**COMES** now the accused, **MATTHEW BLAIR SCURLOCK,** through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the trial in this matter presently scheduled for Tuesday, October 9, 2012, at 9:00 a.m. The parties need additional time to resolve this matter. The parties do anticipate that this matter will be a non-trial resolution and have agreed on general terms. The parties request an additional period of time of sixty (60) days to finalize details. An executed Speedy Trial Waiver prepared pursuant to the Middle District of Tennessee's *Plan for the Prompt Disposition of Criminal Cases* will be filed immediately upon receipt. Counsel for Mr. Scurlock has conferred with Assistant United States Attorney, Lynne T. Ingram, and she has granted counsel for Mr. Scurlock the liberty of advising the Court that the government has no opposition to this request.

**WHEREFORE**, for the above and foregoing reasons, it is respectfully prayed that this Honorable Court enter an order continuing the trial in this matter presently scheduled for Tuesday, October 9, 2012, to a date compatible with its calender, but not less than sixty (60) days from the present trial date, in the interest of justice.